UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LeMire Schmeglar | ) | BK No.: 12-42283 |
| | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |
| Lemire Schmeglar | ) | Adv. No.: 14-00121 |
| | ) | |
| Plaintiff(s) | ) | |
| PHM FINANCIAL, INC. et al. | ) | |
| | ) | |
| Defendant(s) | ) | |

### Order on Motion for an Order to Hold Funds

This matter coming to be heard on the Debtor's Motion to Direct the Clerk of the Bankruptcy Court for the Northern District of Illinois to hold funds, due notice given and the Court being advised in the premises,
IT IS HEREBY ORDERED:

1. The Motion is granted;

2. Schmeglar's attorney, Michael V. Ohlman, at Michael V. Ohlman, P.C. is directed to accept monthly mortgage payments from the Debtor in the amount of $4,015.36 per month, and hold them in a separate escrow account at Bank of America until further order of Court;

3. Michael V. Ohlman, at Michael V. Ohlman, P.C. is directed to accept and deposit $20,760.88 in mortgage arrearages to initially fund the escrow account;

3. Debtor is directed to remit $4,015.36 per month as his monthly mortgage payment, due pursuant to a mortgage on his property that was recorded as document number 0509450081 with the Cook County Recorder of Deeds, to his attorney Michael V. Ohlman at Michael V. Ohlman, P.C. on the 10th day of each month beginning on May 10, 2014;

4. Attorney Michael V. Ohlman will, until further order of Court, file in this proceeding on the 5th day of each month hereafter a report of the total that has been deposited in the said escrow account.

Enter:

United States Bankruptcy Judge

Dated: 4/9/14

Rev: 20130103_apo