```
            IN THE UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION


  In the Matter of:              )  No. 14 A 00121
                                 )
  LEMIRE SCHMEGLAR,              )  July 7, 2014
                                 )  10:30 A.M.
            Debtor.              )  Chicago, Illinois

         EXCERPT A OF TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE JACK B. SCHMETTERER


  APPEARANCES:

  MR. MICHAEL OHLMAN
  on behalf of the Debtor;

  MS. CRYSTAL V. SAVA
  on behalf of Mortgage Electronic Registration Systems,
  Inc., U.S. Bank, N.A., Wells Fargo Bank, N.A.

  ALSO PRESENT:
  MR. LEMIRE SCHMEGLAR.
```

1                    (Following is Excerpt A
2                    transcript of proceedings.)
3         THE CLERK:  Schmeglar v PHM Financial, LLC, et
4    al., 14 A 121.
5         MS. SAVA:  Good morning, your Honor.  Crystal
6    Sava, on behalf of US Bank, N.A., Mortgage Electronic
7    Registration Systems, and Wells Fargo Bank.
8         MR. OHLMAN:  Michael Ohlman for Mr. Schmeglar,
9    who is present.
10        THE COURT:  Good morning.  You may stand or sit
11   as I read an opinion.
12             The motion to dismiss rests entirely as I
13   understand it on the Rooker-Feldman doctrine.  The
14   Rooker-Feldman doctrine prevents "state-court losers"
15   from inviting district court review from the federal
16   court and rejecting the state court judgment.  Exxon
17   Mobile Corp. v Saudi Basic Industries, Corp. 554 U.S.
18   280, 284 (2005).  Federal trial courts lack subject
19   matter jurisdiction to entertain such suits because
20   only the Supreme Court has subject matter jurisdiction
21   to hear appeals from state courts.  Id. at 283.  "For
22   Rooker-Feldman to apply, the state court proceedings
23   must have 'ended.'"  In re Hodges, 350 B.R. 796, 800
24   (Bankr.N.D.Ill 2006).  A summary, and very nicely done,
25   by my colleague, Judge Goldgar.  Rooker-Feldman does

1    not apply to state court interlocutory orders.  Truserv
2    Corp. v Flegles, Inc., 419 F.3d 584, 591 (7th Cir.
3    2005).
4              Under Illinois state law, judgments of
5    foreclosure are not final judgments.  "A judgment
6    ordering the foreclosure of a mortgage is not final and
7    appealable until the court enters orders approving the
8    sale and directing the distribution."  In re The
9    Marriage of Verdung, 126 Ill. 2d 542, 555 (1989); and
10   see In re Hodges, 350 B.R. at 800 (collecting cases).
11             Here, there was a judgment of foreclosure,
12   but no sale, and consequently no order confirming the
13   sale.  Consequently, the judgment of foreclosure was
14   not final.  As a result, Rooker-Feldman does not apply,
15   and this court has subject matter jurisdiction.
16             The facts in Judge Goldgar's case in Hodges
17   are very close to the point.  For that reason, the
18   motion to dismiss is denied.
19             And, Madam Clerk, for reasons stated from
20   the bench, the motion to dismiss is denied.
21             Madam Reporter, I have here a copy of what I
22   just read.  Would you like that?
23        THE COURT REPORTER:  Sure.
24        THE COURT:  Give that to the reporter, please.
25                           (Document tendered.)

```
 1            THE COURT REPORTER:  Thank you.
 2            THE COURT:  So for reasons stated from the bench.
 3               And, Madam Reporter, I would like to have
 4   you write up what I just read from the bench and file
 5   it.  Okay?
 6            THE COURT REPORTER:  Okay.  Thank you.
 7            THE COURT:  So, here's the order.  Reasons stated
 8   from the bench, the motion to dismiss is denied.
 9                         (End of Excerpt A of
10                          proceedings.)
11                    (End of Excerpt A of proceedings had
12                     in the above-entitled cause,
13                     July 7, 2014.)
14
15
     I, CAROL RABER, C.S.R., DO HEREBY CERTIFY
16   THE FOREGOING IS A TRUE AND ACCURATE
     TRANSCRIPT OF PROCEEDINGS HAD IN THE
17   ABOVE-ENTITLED CAUSE.
18
19
20
21
22
23
24
25
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25