UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: LeMire Schmeglar | ) BK No.: 12 B 42283 ) ) Chapter: 11 |
| Debtor(s) | ) Honorable Jack B. Schmetterer ) |
| LeMire Schmeglar | ) Adv. No.: ~~[struck through]~~  14 A 121 ) |
| Plaintiff(s) | ) ) |
| PHM Financial, Inc. et al. | ) ) |
| Defendant(s) | ) |

**Order on Motion to Compel Discovery**

This matter coming to be heard on the Debtor's Motion to Compel Discovery, due notice given and the Court bring advised in the premises;

IT IS HEREBY ORDERED:

1. Defendants are ordered and compelled to produce the original Note and Mortgage for the subject lien to Plaintiff for review within 14 days of the entry of this order;

2. Defendants are ordered and compelled to produce the custodian of records for the subject lien to be questioned under oath within 24 days of the entry of this order;

3. Defendants are ordered and compelled to produce to the Plaintiff a complete pay history, since 2009, of any and all payments or advances made by Wells Fargo (or one of its subsidiaries) to any entity that claims or has claimed an interest in the mortgage and note (including any and all tax payments) as is required by the Pooling and Servicing Agreement, as they are held in the ordinary course of business within 14 days from the entry of this Order.

4. Motion to Compel further discovery is denied.

5. Set for status of compliance on Feb 19, 2015 at 1:30 PM in courtroom 682.

Date: January 22, 2015

ENTER:

JAN 22 2015