UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| LEMIRE SCHMEGLAR, ) | Bankruptcy No. 12 B 42283 |
| Debtor, ) | |
| _____ ) | |
| LEMIRE SCHMEGLAR, ) | |
| Plaintiff ) | Adversary No. 14 A 00121 |
| v. ) | |
| ) | |
| PHM FINANCIAL, INC. d/b/a PHM FINANCIAL ) | |
| SERVICES, et al., | |
| Defendants | |

### AMENDMENT TO ORDER ON PLAINTIFF'S
### MOTION TO COMPEL DISCOVERY (Docket No. 84)

On Motion of Court sua sponte the order of January 22, 2015 (Docket No. 125) is amended to add the following provisions.

Plaintiff may depose an officer of Wells Fargo pursuant to Rule 30(b)(6) Fed.R.Civ.P. [Bankr.R. 7030] to obtain information concerning the exhibit produced by Wells Fargo in response to Order of January 22, 2015 (Docket No. 125).

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of February 2015.

FEB 20 2015