United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re: Lemire Schmeglar, <br><br> Debtor. | |
| Lemire Schmeglar, <br><br> Interpleader Plaintiff <br><br> v. <br><br> PHM Financial, Inc. d/b/a PHM Financial Services, <br><br> DLJ Mortgage Capital Inc., <br><br> Mortgage Electronic Registration Systems Inc., <br><br> U.S. Bank N.A. as Trustee for Credit Suisse First Boston ARMT 2005-5, <br><br> U.S. Bank N.A. as Trustee for Adjustable Rate Mortgage 2005-5, Adjustable Rate Mortgage Backed Pass Through Certificates, Series 2005-5, <br><br> Wells Fargo Bank, N.A., <br><br> Credit Suisse First Boston Mortgage Securities Corp., Adjustable Rate Mortgage 2005-5, <br><br> Interpleader Defendants. | Bankruptcy No. 12-bk-42283 <br><br> Chapter 11 <br><br> Adversary No. 14-ap-121 |

## FINAL JUDGMENT

For reasons stated in the Findings of Fact and Conclusions of Law, it is hereby **Ordered and Adjudged**:

1. The trustee, U.S. Bank, National Association ("US Bank") as possessor of the original Note, is the legal holder and owner of the Note and Mortgage and is entitled to receive payments and collect the debt from plaintiff Lemire Schmeglar under terms of the Note and Mortgage pertaining to the property located at 2715 North Paulina in Chicago, Illinois.

2. Wells Fargo Bank, N.A. ("Wells Fargo") is the servicer for the US Bank and is entitled to receive payments and collect the mortgage debt from Schmeglar under the terms of the Note and Mortgage, for and on behalf of the US Bank.

3. None of the other defendants who appeared have any ownership interest in the Note and Mortgage and none have any right to receive mortgage payments from Plaintiff under the Note and Mortgage.

4. Wells Fargo's advances to the US Bank did not satisfy Schmeglar's payment obligations under the Note and Mortgage, and did not excuse Schmeglar from making any of his mortgage payments during the period of those advances or otherwise.

5. Judgment is hereby entered in favor of the US Bank and Wells Fargo, and against the other defendants represented by counsel as set forth above. US Bank and Wells Fargo shall have and recover all funds in the escrow established here by court order. (Dkt. 20.)

6. Plaintiff's counsel as escrowee is ordered to turn over all payments received and held by him in escrow pursuant to the Court's April 9, 2014 Order (Dkt # 20) to the US Bank, by and through its servicer Wells Fargo. Within 3 days of entry of this Judgment. Plaintiff's counsel shall turn over these funds by delivering them by bank check on the escrowee bank to Defendants' counsel, Pilgrim Christakis LLP, along with a full accounting of all deposits to and all withdrawals from the escrow account.

7. The court has completed its duty under the confirmed plan in determining the party entitled to payment under the mortgage Note. However, jurisdiction is retained to enforce this Final Judgment as to ¶ 5 hereinabove.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this ___ day of May, 2015

2